AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**2555 PENNSYLVANIA AVENUE, NW #605 WASHINGTON, DC 20037**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____MICHAEL MARUSCHAK_____ being duly sworn depose and say:

I am a(n) Special Agent with the Federal Bureau of Investigation and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location) **2555 Pennsylvania Avenue, Northwest, #605, Washington, D.C., 20037**, a unit located in a multi-level condominium complex located on Pennsylvania Avenue in the Northwest quadrant of Washington, D.C. west of 25th Street and east of 26th Street Northwest. The building is located north of L Street and south of M Street. The building is also known as the Westbridge Condominiums complex. The building has ten floors and its exterior is red brick. Unit 605 is located on the sixth floor of the building.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachments A and the affidavit submitted in support of the application for this warrant which attachments A and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence, fruits and instrumentalities of an illegal gambling business operated in Virginia, which gambling business is in violation of the law of Virginia, involves five or more persons who conduct, finance, manage, supervise, direct or own all or part of such business, and has been in substantially continuous operation for a period in excess of thirty days

concerning a violation of Titles 18 United States Code, Section(s) 1955. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES    ☐ NO

John Griffith
Fraud and Public Corruption/5th Floor
(202) 353-2453

Signature of Affiant
MICHAEL MARUSCHAK, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer