AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2555 PENNSYLVANIA AVENUE, NW**
**#605**
**WASHINGTON, DC 20037**

### SEARCH WARRANT

CASE NUMBER: 05 - 0288M-01

FILED
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: __MICHAEL MARUSCHAK__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, MICHAEL MARUSCHAK who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**2555 Pennsylvania Avenue, Northwest, #605, Washington, D.C., 20037**, a unit located in a multi-level condominium complex located on Pennsylvania Avenue in the Northwest quadrant of Washington, D.C. west of 25th Street and east of 26th Street Northwest. The building is located north of L Street and south of M Street. The building is also known as the Westbridge Condominiums complex. The building has ten floors and its exterior is red brick. Unit 605 is located on the sixth floor of the building.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
evidence, fruits and instrumentalities of an illegal gambling business operated in Virginia, which gambling business is in violation of the law of Virginia, involves five or more persons who conduct, finance, manage, supervise, direct or own all or part of such business, and has been in substantially continuous operation for a period in excess of thirty days, IN VIOLATION OF Title 18, United States Code, Section 1955,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___18 MAY 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 17 2005    10 ²/PM           at Washington, D.C.

Date and Time Issued: ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 5/17/05 | 5/17/2005 11:50 AM | no one present, left at residence |

INVENTORY MADE IN THE PRESENCE OF SA Martha Beltron

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*     5-26-05

U.S. Judge or U.S. Magistrate Judge     Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 182C-WF-230914

On (date) MAY 17, 2005

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 2555 PENNSYLVANIA AVE., #605, N.W.

(City) WASHINGTON, D.C.

Description of Item(s):

#1; ROLODEX WITH SEVERAL PHONE NUMBERS, FOUND ON DESK IN ROOM G, BY SA M. BELTRAN

#2; (4) PREMIUM SPORT SCHEDULES WITH MISC. WRITINGS, FOUND IN ROOM A, BY SA M. MARUSCHAK

#3; AMERICAN EXPRESS CREDIT CARD BILL FOR RICHARD MAGAN, FOUND IN TRASH CAN OF ROOM A, BY SA J. GOMEZ

#4; SEVERAL BLUE PRINTED "TEASERS" FORMS AND SEVERAL PRINTED WHITE "RECORD" + "PLAY" CARDS, FOUND IN COAT POCKETS OF CLOSET B, BY SA J. GOMEZ

#5; SEVERAL BETTING SLIPS AND A MD. TAX GAMBLING WINNINGS PAMPHLET, FOUND IN BLACK PLASTIC BAG IN CLOSET E, BY SA M. BELTRAN

#6; MISC. PAPERWORK FOR G.A., COURT PAPERWORK FOR RICHARD MAGAN, SUNTRUST BANKING DOCUMENT, GAMBLING NOTES FROM TONKAWA CASINO IN OK., FOUND IN CLOSET F BY SA J. RICE.

CONT. ON PAGE 2  J. Gomez

Received By: NO ONE AT RESIDENCE TO SIGN
(Signature)

Received From: _____
(Signature)

FD-597 (Rev 8-11-94)

Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 182C-WF-230914

On (date) MAY 17, 2005

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) 2555 PENNSYLVANIA AVE., #605, N.W.

(City) WASHINGTON, D.C.

Description of Item(s):

#7; DARRELL L. MAGAN'S DEPOSIT SLIPS, COURT PAPERWORK W/ AARON ARMSTRONG'S NAME, SEVERAL SPREADSHEETS W/ NAMES, PHONE NUMBERS, ADDRESSES, AMOUNTS AND COMMENTS, FOUND IN A BLACK BRIEFCASE IN CLOSET F, BY SA J. GOMEZ.

#8; AT&T PHONE BILL, WAGERING GUIDE, BETTING PLAN BOOKLET, SAFE & SURE BETTING METHOD GUIDE ALL FOUND IN LAMP STAND IN ROOM G BY SA J. RICE.

#9; SEVERAL LETTERS AND ENVELOPES FROM L. SHADY, MS. JONES AND OTHERS SOLICTING MONEY TO RICHARD MAGAN

#10; DINERS CLUB BILL FOR RICHARD MAGAN FOUND IN DESK IN ROOM G BY SA. M. BELTRAN

#11; CREDIT CARD STATEMENT (BANK ONE) AND SUNTRUST STATEMENT FOR RICHARD MAGAN.

#12; MISC. BETTING DOCUMENTS (LETTERS, MONEY ORDERS SLIPS AND NOTES) FOUND IN DESK IN ROOM G

Cont. on page 3

Received By: NO ONE AT RESIDENCE TO SIGN
(Signature)

Received From: _____
(Signature)

FD-597 (Rev 8-11-94) Page 3 of 3

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 182C-WF-230914

On (date) MAY 17, 2005

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) 2555 PENNSYLVANIA AVE., #605, N.W.

(City) WASHINGTON, D.C.

Description of Item(s):

#13: HORSE RACE ANALYZER COMPUTER, FOUND INSIDE LAMP TABLE OF ROOM G, BY SA M. BELTRAN

#14: BOOK WITH HIDDEN COMPARTMENT INSIDE, FOUND INSIDE LAMP TABLE OF ROOM G, BY SA BELTRAN

#15: (19) CREDIT CARDS FOR RICHARD MAGAN FOUND IN DESK OF ROOM G, BY SA. M. BELTRAN

NO OTHER ITEMS

Received By: NO ONE AT RESIDENCE TO SIGN
(Signature)

Received From: [signature]
(Signature)